## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                                 Case Number: 3:20–cr–00026

Omar Lopez, III

---

## Notice of Resetting

**A proceeding has been reset in this case as to Omar Lopez, III as set forth below.**

**BEFORE:**
**Judge Jeffrey V Brown**

**LOCATION:**
Sixth Floor Courtroom Galveston

**DATE:** 12/20/2021

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Jury Trial
Pretrial Conference
Applicable defendant(s) required to be present at the hearing.

---

Date:   September 8, 2021                                          Nathan Ochsner, Clerk